IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRASOL J. REYES,

    Plaintiff,

v.

CHECKSMART FINANCIAL, LLC, et al.,

    Defendants.
    /

No. C 13-05181 JSW

**ORDER RE CONSENT TO MAGISTRATE JUDGE**

On December 3, 2013, Plaintiff filed a consent to proceed before a Magistrate Judge for all purposes. In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). Accordingly, the Court HEREBY DIRECTS Defendants to advise the Court, no later than December 16, 2013, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action. For Defendants' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The Court also advises all parties that if they wish to meet and confer on this issue, that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: December 4, 2013

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE