IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRASOL J. REYES,<br><br>    Plaintiff,<br><br>  v.<br><br>CHECKSMART FINANCIAL, LLC, et al.,<br><br>    Defendants.<br>_____ / | No. C 13-05181 JSW<br><br>**ORDER RE CONSENT TO MAGISTRATE JUDGE** |

On December 3, 2013, Plaintiff filed a consent to proceed before a Magistrate Judge for all purposes. In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). Accordingly, the Court HEREBY DIRECTS Defendants to advise the Court, no later than December 16, 2013, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action. For Defendants' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The Court also advises all parties that if they wish to meet and confer on this issue, that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: December 4, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE