ANTHONY J. DECRISTOFORO (SB #166171)
ajdecristoforo@stoel.com
CARISSA M. BEECHAM (SB #254625)
cmbeecham@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendants
Checksmart Financial, LLC; California Check Cashing Stores, LLC; Buckeye Check Cashing of California, LLC; Cash 1; and Community Choice Financial Inc.

CARYN N. FABIAN (SB #93731)
fabian.caryn@gmail.com
LAW OFFICE OF CARYN N. FABIAN
111 North Market St., Suite 300
San Jose, CA 95113
Telephone:  (408) 625-1112
Facsimile:  (408) 625-1113

Attorney for Plaintiff
Mirasol J. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRASOL J. REYES,<br><br>              Plaintiff,<br><br>       v.<br><br>CHECKSMART FINANCIAL, LLC; et al.,<br><br>              Defendants. | Case No. 3:13-cv-05181-JSW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER

75299068.1 0043773-00016

3:13-CV-05181-JSW

## STIPULATION

Counsel for Plaintiff Mirasol J. Reyes ("Plaintiff") and counsel for Defendant Checskmart Financial, LLC ("Defendant") hereby submit the following Stipulation and Proposed Order to the Court to continue the February 14, 2014 date for the Initial Case Management Conference. Plaintiff's counsel is unavailable to appear at this Conference, and the parties have agreed and hereby stipulate that the Conference may be continued to March 14, 2014 at 1:30 PM in Courtroom 11 of this Court. Accordingly, the Case Management Statement will be due March 7, 2014.

So Stipulated.

Dated: January 2, 2014   STOEL RIVES LLP

By: /s/ Carissa M. Beecham
    Anthony J. DeCristoforo
    Carissa M. Beecham
    Attorneys for Defendants
    Checksmart Financial, LLC; California
    Check Cashing Stores, LLC; Buckeye
    Check Cashing of California, LLC; Cash 1;
    and Community Choice Financial Inc.

Dated: December __, 2013   LAW OFFICE OF CARYN N. FABIAN

By:_____
    Caryn N. Fabian
    Attorney for Plaintiff
    Mirasol J. Reyes

## STIPULATION

Counsel for Plaintiff Mirasol J. Reyes ("Plaintiff") and counsel for Defendant Checskmart Financial, LLC ("Defendant") hereby submit the following Stipulation and Proposed Order to the Court to continue the February 14, 2014 date for the Initial Case Management Conference. Plaintiff's counsel is unavailable to appear at this Conference, and the parties have agreed and hereby stipulate that the Conference may be continued to March 14, 2014 at 1:30 PM in Courtroom 11 of this Court. Accordingly, the Case Management Statement will be due March 7, 2014.

So Stipulated.

Dated: December __, 2013

STOEL RIVES LLP

By:_____
Anthony J. DeCristoforo
Carissa M. Beecham
Attorneys for Defendants
Checksmart Financial, LLC; California Check Cashing Stores, LLC; Buckeye Check Cashing of California, LLC; Cash 1; and Community Choice Financial Inc.

Dated: ~~December~~ January 1, 2014 ~~, 2013~~

LAW OFFICE OF CARYN N. FABIAN

By: _/s/ Caryn N. Fabian_____
Caryn N. Fabian
Attorney for Plaintiff
Mirasol J. Reyes

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE CMC; [~~PROPOSED~~] ORDER

-1-

3:13-CV-05181-JSW

75299068.1 0043773-00016

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management |
| 4 | Conference is continued to March 14, 2014, at 1:30 PM in Courtroom 11 of this Court. The Case |
| 5 | Management Statement is due March 7, 2014. |

Dated: January 3, 2014

_____
Honorable District Judge Jeffrey S. White