United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRASOL J. REYES,

      Plaintiff,                                    No. C 13-05181 JSW

  v.                                                        **ORDER VACATING HEARING**

CHECKSMART FINANCIAL, LLC, et al.,

      Defendants.

_____/

      This matter is scheduled for a hearing on January 10, 2014, to consider Defendants' motion to dismiss.  The Court finds the motion suitable for disposition without oral argument, and it HEREBY VACATES the hearing.  The motion is deemed submitted, and the Court will issue a ruling in due course.

      **IT IS SO ORDERED.**

Dated: January 6, 2014

                                     _____

                                     JEFFREY J. WHITE
                                     UNITED STATES DISTRICT JUDGE