IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRASOL J. REYES,

    Plaintiff,

v.

CHECKSMART FINANCIAL, LLC, et al.,

    Defendants.

No. C 13-05181 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court HEREBY VACATES the initial case management conference scheduled for March 28, 2014, pending a ruling on the motion to dismiss. The Court will set a new date for the case management conference in the Order resolving the motion.

**IT IS SO ORDERED.**

Dated: March 6, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE