UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mirasol Reyes,

_____,
Plaintiff(s),

CASE NO. 3:13-cv-05181-JSW

v.

Checksmart Financial, LLC,
et al.,_____,
Defendant(s).
_____/

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☑ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
☐ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

☑ other requested deadline   120 days from entry of order re Motion to Dismiss

Dated: 3/26/14

_____
Attorney for Plaintiff

Dated: 03-27-2014

_____
M. Beecham
Defendant

March 28, 2014

IT IS SO ORDERED
Judge Jeffrey S. White

CONTINUE TO FOLLOWING PAGE