IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRASOL J. REYES,

    Plaintiff,

v.

CHECKSMART FINANCIAL, LLC, et al.,

    Defendants.

No. C 13-05181 JSW

**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter is scheduled for a hearing on January 9, 2015, to consider Defendant's motion for summary judgment. The Court finds the motion suitable for disposition without oral argument, and it HEREBY VACATES the hearing. The motion is deemed submitted, and the Court will issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: January 5, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE