ANTHONY J. DECRISTOFORO (SB #166171)
ajdecristoforo@stoel.com
CARISSA M. BEECHAM (SB #254625)
cmbeecham@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
Checksmart Financial, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| MIRASOL J. REYES,<br><br>        Plaintiff,<br><br>v.<br><br>CHECKSMART FINANCIAL, LLC; et al.,<br><br>        Defendants. | Case No. 4:13-cv-05181-JSW<br><br>~~STIPULATION AND PROPOSED FORM OF~~ JUDGMENT ~~AND ORDER~~ |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND PROPOSED
FORM OF JUDGMENT AND ORDER

4:13-CV-05181-JSW

79073537.2 0043773- 00016

## JUDGMENT

Pursuant the parties' Stipulation, Proposed Form of Judgment and Proposed Order (filed June 19, 2015), IT IS HEREBY ADJUDGED AND ORDERED that Judgment is entered against Plaintiff Mirasol Reyes and in favor of Defendant Checksmart Financial, LLC on all of Plaintiff's claims except for the Settled Claims, and a Judgment of Dismissal with Prejudice is entered on the Settled Claims.

Dated: June 22, 2015

*/s/ Jeffrey S. White*
Jeffrey S. White
United States District Judge